FILE COPY

12-13-00005CV

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0141

**THE GOOD SHEPHERD HOSPITAL, INC.**
v.
**RONALD MASTEN AND CHARLENE MASTEN**

§
§
§
§
§
§
§

FILED IN COURT OF APPEALS
12th Court of Appeals District

**Gregg** County,

AUG 17 2015

**12th** District.

TYLER TEXAS
CATHY S. LUSK, CLERK

June 26, 2015

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

August 14, 2015

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, THE GOOD SHEPHERD HOSPITAL, INC., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 14th day of August, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk